BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  HOTEL BOOKING ADA LITIGATIONS        MDL DOCKET NUMBER: _____

**DEFENDANT HOTELS AND STUFF INC. MOTION TO TRANSFER ACTIONS PURSUANT TO 28 USC 1407 FOR CENTRALIZATION OF THE ACTIONS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Defendant Hotels and Stuff Inc. respectfully moves the Judicial Panel on Multidistrict Litigation ("JPML") for an Order, pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the JPML, transferring forty (40) nearly identical actions pending in federal district courts to the Western District of Pennsylvania or another appropriate court for centralization of the actions for coordinated or consolidated pretrial proceedings.

For the reasons set forth in their Memorandum In Support of Their Motion to Transfer to the Northern District of Georgia Pursuant to 28 U.S.C. § 1407 for Centralization of the Actions for Coordinated or Consolidated Pretrial Proceedings, filed herewith, Defendant's Motion should be granted and all of the "Related Actions" identified in the attached Schedule of Actions, as well as any tag-along actions or other cases that may be filed asserting related or similar claims, should be transferred to the Western District of Pennsylvania or any other Court for centralization of the actions for coordinated or consolidated pretrial proceedings.

Respectfully submitted,

**HOTELS AND STUFF INC.**

By: */s/ J. Allen Roth, Esq.*
     J. Allen Roth, Esquire
     757 Lloyd Avenue #B
     Latrobe, PA  15650
     (724) 537-0939

**ATTORNEY FOR MOVANT**