BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: HOTEL BOOKING ADA LITIGATIONS                MDL No. _____

## SCHEDULE OF ACTIONS

|   | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | Saim Sarwar v. 1061 31st Street LLC | District of Columbia | 1:20-cv-02601-RC | Rudolph Contreras |
| 2 | Saim Sarwar v. Tudor LP | District of Columbia | 1:20-cv-02775-TJK | Timothy J. Kelly |
| 3 | Saim Sarwar v. OMKAR RAJ 2017 LLC | Middle District of George | 3:20-cv-00099-CDL | Clay D. Land |
| 4 | Saim Sarwar v. Chatuge Resort Inc. | Northern District of Georgia | 2:20-cv-00215-SCJ | Steve C. Jones |
| 5 | Saim Sarwar v. Maruti Investors of America Inc. | Northern District of Georgia | 2:20-cv-00216-SCJ | Steve C. Jones |
| 6 | Saim Sarwar v. Jay Nidhi Inc. | Southern District of Georgia | 5:20-cv-00124-LGW-BWC | Lisa G. Wood |
| 7 | Saim Sarwar v. Karan LLC | Southern District of Georgia | 4:20-cv-00222-WTM-CLR | William T. Moore |

| 8 | Saim Sarwar v. Elim Ke Inc. | Central District of Illinois | 2:20-cv-02273-CSB-EIL | Eric I. Long |
|---|---|---|---|---|
| 9 | Saim Sarwar v. Amanda Kay Wilkinson d/b/a Lincoln Suites | Southern District of Illinois | 3:20-cv-01045-JPG | J. Phil Gibert |
| 10 | Saim Sarwar v. R.F. Daly Realty LLC | District of Massachusetts | 1:20-cv-11774-WGY | William G. Young |
| 11 | Saim Sarwar v. Aaria Hospitality LLC | District of Massachusetts | 1:20-cv-11779-DJC | Denise J. Casper |
| 12 | Saim Sarwar v. Hyannis Travel Inn Realty Trust | District of Massachusetts | 1:20-cv-11780-IT | Indira Talwani |
| 13 | Saim Sarwar v. Red Jacket Beach Limited Partnership | District of Massachusetts | 1:20-cv-11781-IT | Indira Talwani |
| 14 | Saim Sarwar v. Boxborough Regency LLC | District of Massachusetts | 1:20-cv-11783-NMG | Nathaniel M. Gorton |
| 15 | Saim Sarwar v. The Wagon Wheel Motel Inc. | District of Massachusetts | 3:20-cv-11782-MGM | Mark G. Mastroianni |
|  |  |  |  |  |

| 16 | Saim Sarwar v. Concord's Colonial Inn One LLC | District of Massachusetts | 1:20-cv-11850-FDS | Dennis Saylor IV |
|---|---|---|---|---|
| 17 | Saim Sarwar v. Steele Properties | District of Maryland | 1:20-cv-02667-JMC | J. Mark Coulson |
| 18 | Saim Sarwar v. Lavale Hospitality LLC | District of Maryland | 1:20-cv-02668-SAG | Stephanie A. Gallagher |
| 19 | Saim Sarwar v. Hotel Gunter 2018 LLC | District of Maryland | 1:20-cv-02829 | Ellen L. Hollander |
| 20 | Saim Sarwar v. Auburn Fireside Inn LLC | District of Maine | 2:20-cv-00355-GZS | George Z. Singal |
| 21 | Saim Sarwar v. Bipin-Seth Inc. | District of New Jersey | 2:20-cv-12744-JMV-JBC | John Michael Vazquez |
| 22 | Saim Sarwar v. Town House Motor Inn Inc. | Northern District of New York | 6:20-cv-01060-TJM-ATB | Thomas J. McAvoy |
| 23 | Saim Sarwar v. Dobbins Real Estate LLC | Northern District of New York | 1:20-cv-01111-TJM-ATB | Thomas J. McAvoy |
|  |  |  |  |  |

| 24 | Saim Sarwar v. Swordfish Realty LLC | Northern District of New York | 1:20-cv-01108-TJM-ATB | Thomas J. McAvoy |
|---|---|---|---|---|
| 25 | Saim Sarwar v. Jayesh Patel | Northern District of New York | 5:20-cv-01117-TJM-ATB | Thomas J. McAvoy |
| 26 | Saim Sarwar v. Golden Arrow LLC | Northern District of New York | 8:20-cv-01110-TJM-ATB | Thomas J. McAvoy |
| 27 | Saim Sarwar v. 18718 NY 28 LLC | Northern District of New York | 3:20-cv-01119-TJM-ATB | Thomas J. McAvoy |
| 28 | Saim Sarwar v. Resort Holdings LP LLC | Northern District of New York | 8:20-cv-01161-TJM-ATB | Thomas J. McAvoy |
| 29 | Saim Sarwar v. Maplewood Inn LLC | Northern District of New York | 5:20-cv-01171-TJM-ATB | Thomas J. McAvoy |
| 30 | Saim Sarwar v. ESA 0504 Inc. | Northern District of New York | 5:20-cv-01174-TJM-ATB | Thomas J. McAvoy |
| 31 | Saim Sarwar v. William Waldy | Northern District of New York | 8:20-cv-01173-TJM-ATB | Thomas J. McAvoy |
|  |  |  |  |  |

| 32 | Saim Sarwar v. Fayetteville Hotel Ownership LLC | Northern District of New York | 5:20-cv-01177-TJM-ATB | Thomas J. McAvoy |
|---|---|---|---|---|
| 33 | Saim Sarwar v. Saleem Mohammad | Western District of Pennsylvania | 2:20-cv-01391-NR | J. Nicholas Ranjan |
| 34 | Saim Sarwar v. Hotel and Stuff Inc. | Western District of Pennsylvania | 2:20-cv-01393-CB | Cathy Bissoon |
| 35 | Saim Sarwar v. Millenium Hotels Inc. | Western District of Pennsylvania | 2:20-cv-01469-RJC | Robert J. Colville |
| 36 | Saim Sarwar v. Ajnisha Builders LLC | Western District of Texas | 5:20-cv-01098-JKP | Jason K. Pulliam |
| 37 | Saim Sarwar v. Minu LLC | Western District of Texas | 5:20-cv-01165-DAE | David A. Ezra |
| 38 | Saim Sarwar v. Rameshbhai Patel Kokilaban Patel | Western District of Texas | 7:20-cv-00239-DC | David Counts |
| 39 | Saim Sarwar v. Bay Motel & Family Restaurant | Eastern District of Wisconsin | 1:20-cv-01447-WCG | William C. Griesbach |
|   |   |   |   |   |

| 40 | Saim Sarwar<br><br>v.<br><br>MAA LLC | Eastern District of Wisconsin | 1:20-cv-01448-WCG | William C. Griesbach |

Respectfully submitted,

HOTELS AND STUFF INC.


*/s/ J. Allen Roth, Esq.*
J. Allen Roth, Esq.
757 Lloyd Avenue #B
Latrobe PA  15650
(724) 537-0939  Telephone
lawmatters@yahoo.com

COUNSEL FOR MOVANT