**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re: HOTEL BOOKING ADA LITIGATIONS          MDL No. _____

**<u>CORRECTED PROOF OF SERVICE</u>**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion for Transfer, Schedule of Actions and Certificate of Service were served by Email or First Class Mail on October 19, 2020, to the following:

Clerks of Court served by First Class Mail:

Clerk of Court
District of Columbia
333 Constitution Ave. N.W.
Washington DC  20001

Clerk of Court
Middle District of Georgia
115 E Hancock Avenue
Athens GA  30601

Clerk of Court
Northern District of Georgia
75 Ted Turner Drive NW #2211
Atlanta GA  30303

Clerk of Court
Southern District of Georgia
801 Gloucester St #222
Brunswick GA  31520

Clerk of Court
Central District of Illinois
600 E Monroe Steet #226
Springfield IL  62701

Clerk of Court
Southern District of Illinois
750 Missouri Ave
East St. Louis, IL  62201

Clerk of Court
District of Massachusetts
1 Courthouse Way
Boston MA  02210

Clerk of Court
District of Maryland
101 West Lombard St
Baltimore MD  21201

Clerk of Court
District of Maine
202 Harlow St #357
Bangor ME  04401

Clerk of Court
Northern District of New York
445 Broadway
Albany NY  12207

Clerk of Court
Western District of Pennsylvania
700 Grant St #3110
Pittsburgh PA  15219

Clerk of Court
Western District of Texas
501 W 5th Street #1100
Austin TX  78701

Clerk of Court
Eastern District of Wisconsin
125 S Jefferson St #102
Green Bay WI  54301

Parties

**Sarwar v. 1061 31st Street LLC, 1:20-cv-02601-RC (DDC)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
|  | 1061 31st Street LLC |
| Tristan Wade Gillespie | 1061 31st Street N.W. |
| 5150 Cottage Farm Rd. | Washington DC 20007 |
| Johns Creek, GA 30022 |  |
| (404) 276-7277 |  |
| Email: gillespie.tristan@gmail.com |  |

### Sarwar v. Tudor LP, 1:20-cv-02775-TJK (DDC)

**Counsel for Plaintiff served by email:**
Tristan Wade Gillespie
5150 Cottage Farm Rd.
Johns Creek, GA 30022
(404) 276-7277
Email: gillespie.tristan@gmail.com

**Unrepresented served via First Class Mail:**
1 Tudor L.P. c/o Hensley Park Hotel
926 Massachusetts Ave. N.W.
Washington DC  20001

### Sarwar v. Omkar Raj 2017 LLC, 3:20-cv-00099-CDL (M.D.Ga.)

**Counsel for Plaintiff served by email:**
Tristan Wade Gillespie
5150 Cottage Farm Rd.
Johns Creek, GA 30022
(404) 276-7277
Email: gillespie.tristan@gmail.com

**Unrepresented served via First Class Mail:**
Omkar Raj 2017 LLC
Quality Inn Loganville
4200 Atlanta Hwy. #78
Loganville, GA  30052

### Sarwar v. Chatuge Resort Inc.,2:20-cv-00215-SCJ (N. D. Ga.)

**Counsel for Plaintiff served by email:**
Tristan Wade Gillespie
5150 Cottage Farm Rd.
Johns Creek, GA 30022
(404) 276-7277
Email: gillespie.tristan@gmail.com

**Unrepresented served via First Class Mail:**
Chatuge Resort Inc.
Lake Chatuge Lodge
653 US 76
Hiawassee GA  30546

Counsel for Plaintiff served by email:
Thomas B. Bacon
Thomas B. Bacon P.A.
644 N. McDonald Street
Mount Dora, FL  32757
(954) 478-7811
tbb@thomasbaconlaw.com

### *Sarwar v. Maruti Investors of America Inc.*, *2:20-cv-00216-SCJ (N.D.Ga.)*

**Counsel for Plaintiff served by email:**
Tristan Wade Gillespie
5150 Cottage Farm Rd.
Johns Creek, GA 30022
(404) 276-7277
Email: gillespie.tristan@gmail.com

**Unrepresented served via First Class Mail:**
Maruti Investors of America Inc.
Quality Inn
4880 US Highway 129
Jefferson GA  30549

**Counsel for Plaintiff served by email:**
Thomas B. Bacon
Thomas B. Bacon P.A.
644 N. McDonald Street
Mount Dora, FL 32757
(954) 478-7811
tbb@thomasbaconlaw.com


### *Sarwar v. Jay Nidhi Inc.*, 5:20-cv-00124-LGW-BWC (S.D. Ga.)

| **Counsel for Plaintiff served by email:** | **Counsel for Jay Nidhi Inc. via email:** |
|---|---|
| Tristan Wade Gillespie | Deepa N. Subramanian |
| 5150 Cottage Farm Rd. | Ogletree, Deakins, Nash, Smoak & Stewart, PC |
| Johns Creek, GA 30022 | 191 Peachtree Street, NE Suite 4800 |
| (404) 276-7277 | Atlanta, GA 30303 |
| Email: gillespie.tristan@gmail.com | (404) 881-1300 |
| | deepa.subramanian@ogletree.com |

### *Sarwar v. Karan LLC,* 4:20-cv-00222-WTM-CLR, (S.D. Ga.)

| **Counsel for Plaintiff served by email:** | **Counsel for Karan LLC. via email:** |
|---|---|
| Tristan Wade Gillespie | Sarah H. Lamar |
| 5150 Cottage Farm Rd. | Hunter Maclean Exley & Dunn P.C. |
| Johns Creek, GA 30022 | 200 E. Saint Julian Street |
| (404) 276-7277 | Savannah GA 31412-0048 |
| Email: gillespie.tristan@gmail.com | 912-236-0261 |
| | slamar@huntermaclean.com |

### **Sarwar v. Elim Ke Inc., 2:20-cv-02273 (C.D. Ill):**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Kimberly Ann Corkill | Elim Ke Inc. |
| CORKILL LAW FIRM PLLC | Lincoln Lodge |
| 7 N Coyle St | 403 W University Avenue |
| Pensacola, FL 32502 | Urbana IL 61801 |
| 850-375-3475 | |
| Email: kimberlyatlaw@gmail.com | |

**Counsel for Plaintiff served by email:**
Thomas B Bacon
THOMAS B. BACON P.A.
644 N Mcdonald St
Mount Dora, FL 32757
954-478-7811
Email: tbb@thomasbaconlaw.com

**Sarwar v. Amanda Kay Wilkinson, 3:20-cv-01045-JPG (S.D. Ill.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Kimberly A. Corkill<br>Corkill Law Firm, P.L.L.C<br>7 N. Coyle Street<br>Pensacola, FL 32502<br>850-375-3475<br>Fax: 877-828-4446<br>Email: kimberlyatlaw@gmail.com | Amanda Kay Wilkinson<br>Lincoln Suites<br>105 W. Trefz Drive<br>Marshall, IL  62241 |

**Sarwar v. R.F. Daly Realty LLC,  1:20-cv-11774-WGY (D. Mass.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| John A. Curseaden<br>John A. Curseaden, Esq., P.C.<br>101 Great Road, Suite 151<br>Bedford, MA 01730<br>978-852-3801<br>Email: curseadenlaw@gmail.com | R.F. Daly Realty LLC<br>Craigville Beach Inn<br>369 South Main St.<br>Centreville MA  02632 |

**Sarwar v. Aaria Hospitality LLC, 1:20-cv-11779-DJC (D. Mass.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| John A. Curseaden<br>John A. Curseaden, Esq., P.C.<br>101 Great Road, Suite 151<br>Bedford, MA 01730<br>978-852-3801<br>Email: curseadenlaw@gmail.com | Aaria Hospitality LLC<br>Heritage House Hotel<br>259 Main St.<br>Hyannis, MA  02601 |

**Sarwar v. Hyannis Travel Inn Realty Trust, 1:20-cv-11780-IT (D. Mass)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| John A. Curseaden<br>John A. Curseaden, Esq., P.C.<br>101 Great Road, Suite 151<br>Bedford, MA 01730<br>978-852-3801<br>Email: curseadenlaw@gmail.com | Hyannis Travel Inn Realty Trust<br>Hyannis Travel Inn<br>18 North Street<br>Hyannis, MA  02601 |

**Sarwar v. Red Jacket Beacon L.P., 1:20-cv-11781-IT (D. Mass.)**

| **Counsel for Plaintiff served by email**: | **Unrepresented served via First Class Mail:** |
|---|---|
| John A. Curseaden<br>John A. Curseaden, Esq., P.C.<br>101 Great Road, Suite 151<br>Bedford, MA 01730<br>978-852-3801<br>Email: curseadenlaw@gmail.com | Red Jacket Beacon L.P.<br>Red Jacket Beach Resort & Spa<br>One South Shore Drive<br>South Yarmouth MA  02664 |

**Sarwar v. Boxborough Regency LLC, 1:20-cv-11783-NMG (D. Mass.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| John A. Curseaden<br>John A. Curseaden, Esq., P.C.<br>101 Great Road, Suite 151<br>Bedford, MA 01730<br>978-852-3801<br>Email: curseadenlaw@gmail.com | Boxborough Regency LLC<br>242 Adams Place<br>Boxborough MA  01719 |

**Sarwar v. The Wagon Wheel Motel Inc., 3:20-cv-11782-MGM (D. Mass.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| John A. Curseaden<br>John A. Curseaden, Esq., P.C.<br>101 Great Road, Suite 151<br>Bedford, MA 01730<br>978-852-3801<br>Email: curseadenlaw@gmail.com | The Wagon Wheel Motel Inc.<br>484 Pittsfield Road<br>Lenox MA  01240. |

**Sarwar v. Concord's Colonia Inn One LLC, 1:20-cv-11850-FDS (D. Mass.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| John A. Curseaden<br>John A. Curseaden, Esq., P.C.<br>101 Great Road, Suite 151<br>Bedford, MA 01730<br>978-852-3801<br>Email: curseadenlaw@gmail.com | Concord's Colonial Inn One LLC<br>48 Monument Square<br>Concord MA  01742 |

**Sarwar v. Steele Properties, 1:20-cv-02667-JMC (D. Md.)**

| **Counsel for Plaintiff served by email:** | **Counsel for Defendant via Email** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Gorman E. Getty III<br>Gorman E. Getty III PA<br>23 Washington Street<br>Cumberland MD  21502<br>(301) 777-8032<br>ggetty@ggettylaw.com |

**Sarwar v. Lavale Hospitality LLC, 1:20-cv-02668 (D. Md.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Lavale Hospitality LLC<br>Motel 6<br>12310 Winchester Rd SW<br>LaVale, MD  21502 |

**Sarwar v. Hotel Gunter 2018 LLC, 1:20-cv-02829 (D. Md.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Hotel Gunter 2018 LLC<br>11 W Main St<br>Frostburg MD  21532 |

**Sarwar v. Auburn Fireside Inn LLC, 2:20-cv-00355 (D. Maine)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| DANIEL G. RUGGIERO<br>LAW OFFICE OF DANIEL RUGGIERO<br>275 GROVE STREET SUITE 2-400<br>NEWTON, MA 02466<br> 339-237-0343<br> Email: druggieroesq@gmail.com | Auburn Fireside Inn LLC<br>Fireside Inn & Suites<br>1777 Washington Street S<br>Auburn ME  04210 |

**Sarwar v. Bipin-Seth Inc., 2:20-cv-12744-JMV-JBC (D. N.J.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Bipin-Seth Inc.<br>OYO Hotel<br>610 US 1<br>Edison NJ  08817 |

**Sarwar v. Town House Motor Inn Inc., 6:20-cv-01060-TJM-ATB (N.D.N.Y.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Peter Sverd<br>Law Offices of Peter Sverd, PLLC<br>225 Broadway Suite 613<br>New York, NY 10007<br>(646) 751-8743<br>Email: psverd@sverdlawfirm.com | Town House Motor Inn Inc.<br>318 S Main Street<br>Oneonta NY  13820 |

**Sarwar v. Dobbins Real Estate LLC, 1:20-cv-01111-TJM-ATB (N.D.N.Y.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Peter Sverd | Dobbins Real Estate LLC |
| Law Offices of Peter Sverd, PLLC | Motel Cambridge |
| 225 Broadway Suite 613 | 51 S Park Street |
| New York, NY 10007 | Cambridge NY  12816 |
| (646) 751-8743 | |
| Email: psverd@sverdlawfirm.com | |

**Sarwar v. Swordfish Realty LLC, 1:20-cv-01108-TJM-ATB (N.D.N.Y.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Peter Sverd | Swordfish Realty LLC |
| Law Offices of Peter Sverd, PLLC | Dunham's Bay Resort |
| 225 Broadway Suite 613 | 2999 NY 91 |
| New York, NY 10007 | Lake George NY  12845 |
| (646) 751-8743 | |
| Email: psverd@sverdlawfirm.com | |

**Sarwar v. Jayesh Patel, 5:20-cv-01117-TJM-ATB (N.D.N.Y.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Peter Sverd | Javesh Patel |
| Law Offices of Peter Sverd, PLLC | Econo Lodge Inn |
| 225 Broadway Suite 613 | 5396 S Bay Rd |
| New York, NY 10007 | N Syracuse NY  13212 |
| (646) 751-8743 | |
| Email: psverd@sverdlawfirm.com | |

**Sarwar v. Golden Arrow LLC, 8:20-cv-01110-TJM-ATB (N.D.N.Y.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Peter Sverd | Golden Arrow LLC |
| Law Offices of Peter Sverd, PLLC | Golden Arrow Lakeside Resort |
| 225 Broadway Suite 613 | 2559 Main Stret |
| New York, NY 10007 | Lake Placid NY  12946 |
| (646) 751-8743 | |
| Email: psverd@sverdlawfirm.com | |

**Sarwar v. 18718 NY 28 LLC, 3:20-cv-01119-TJM-ATB (N.D.N.Y.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Peter Sverd | 18718 NY 28 LLC |
| Law Offices of Peter Sverd, PLLC | OYO Buena Vista |
| 225 Broadway Suite 613 | 18718 NY 28 |
| New York, NY 10007 | Delhi NY  13753 |
| (646) 751-8743 | |
| Email: psverd@sverdlawfirm.com | |

**Sarwar v. Resort Holdings LP LLC, 8:20-cv-01161-TJM-ATB (N.D.N.Y.)**

**Counsel for Plaintiff served by email:**
Peter Sverd
Law Offices of Peter Sverd, PLLC
225 Broadway Suite 613
New York, NY 10007
(646) 751-8743
Email: psverd@sverdlawfirm.com

**Unrepresented served via First Class Mail:**
Resort Holdings LP LLC
Whiteface Inn
7 Whiteface Inn l.n.
Lake Placid NY 12946

**Sarwar v. Maplewood Inn LLC, 5:20-cv-01171-TJM-ATB (N.D.N.Y.)**

**Counsel for Plaintiff served by email:**
Peter Sverd
Law Offices of Peter Sverd, PLLC
225 Broadway Suite 613
New York, NY 10007
(646) 751-8743
Email: psverd@sverdlawfirm.com

**Unrepresented served via First Class Mail:**
Maplewood Inn LLC
400 7th North St
Liverpool NY 13088

**Sarwar v. ESA 0504 Inc., 5:20-cv-01174-TJM-ATB (N.D.N.Y.)**

**Counsel for Plaintiff served by email:**
Peter Sverd
Law Offices of Peter Sverd, PLLC
225 Broadway Suite 613
New York, NY 10007
(646) 751-8743
Email: psverd@sverdlawfirm.com

**Unrepresented served via First Class Mail:**
ESA 0504 Inc.
Extended Stay America
6630 Old Collamer Rd
East Syracuse NY 13057

**Sarwar v. William Waldy, 8: 20-cv-01173-TJM-ATB (N.D.N.Y.)**

**Counsel for Plaintiff served by email:**
Peter Sverd
Law Offices of Peter Sverd, PLLC
225 Broadway Suite 613
New York, NY 10007
(646) 751-8743
Email: psverd@sverdlawfirm.com

**Unrepresented served via First Class Mail:**
William Waldy
Alpine Country Inn & Suites
5647 NYS Route 86
Wilmington NY 12997

**Sarwar v. Fayetteville Hotel Ownership LLC, 5:20-cv-01177-TJM-ATB (N.D.N.Y.)**

**Counsel for Plaintiff served by email:**
Peter Sverd
Law Offices of Peter Sverd, PLLC
225 Broadway Suite 613
New York, NY 10007
(646) 751-8743
Email: psverd@sverdlawfirm.com

**Unrepresented served via First Class Mail:**
Fayetteville Hotel Ownership LLC
Craftsman Inn
7300 E Genesee St
Fayetteville NY 13066

**Sarwar v. Saleem Mohammad, 2:20-cv-01391-NY (W.D.Pa.)**

**Counsel for Plaintiff served by email:**
Tristan Wade Gillespie
5150 Cottage Farm Rd.
Johns Creek, GA 30022
(404) 276-7277
Email: gillespie.tristan@gmail.com

**Unrepresented served via First Class Mail:**
Alex M. Lacey.
Dentons Cohen & Grigsby PC
625 Liberty Avenue
Pittsburgh PA 15222
(412) 297-4642
alex.lacey@dentons.com

**Sarwar v. Hotel and Stuff Inc. and Hiland Terrace Corp, 2:20-cv-01393-CB (W.D.Pa.)**

**Counsel for Plaintiff served by email:**
Tristan Wade Gillespie
5150 Cottage Farm Rd.
Johns Creek, GA 30022
(404) 276-7277
Email: gillespie.tristan@gmail.com

**Counsel for Defendant Hotels and Stuff**
J. Allen Roth
757 Lloyd Ave #B
Latrobe PA 15650
(724) 537-0939
lawmatters@yahoo.com

**Unrepresented served via personally handing:**
Hiland Terrace Corp.
14390 Route 30
North Huntingdon, PA 15642

**Sarwar v. Millenium Hotels Inc., 2:20-cv-01469-RJC (W.D.Pa.)**

**Counsel for Plaintiff served by email:**
Tristan Wade Gillespie
5150 Cottage Farm Rd.
Johns Creek, GA 30022
(404) 276-7277
Email: gillespie.tristan@gmail.com

**Unrepresented served via First Class Mail:**
Millenium Hotels Inc.
Comfort Inn
1340 Lebanon Church Road
West Mifflin PA 15236

**Sarwar v. Ajnisha Builders LLC, 5:20-cv-01098-JKP (W.D.Tx.)**

**Counsel for Plaintiff served by email:**
Philip Michael Cullen , III
Philip Michael Cullen III, Chartered
621 S. Federal Hwy, Ste. Four
Fort Lauderdale, FL 33301
954-462-0600
 Email: CULLENIII@AOL.COM

**Unrepresented served via First Class Mail:**
Ajnisha Builders LLC
Motel 6
1403 Highway 97 East
Jourdanton  TX 78026

**Sarwar v. Minu LLC, 5:20-cv-01165-DAE (W.D. Tx.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Philip Michael Cullen , III | Minn LLC |
| Philip Michael Cullen III, Chartered | Pleasanton Executive Inn |
| 621 S. Federal Hwy, Ste. Four | 1927 W Oaklawn Road |
| Fort Lauderdale, FL 33301 | Pleasanton TX  78064 |
| 954-462-0600 | |
|  Email: CULLENIII@AOL.COM | |

**Sarwar v. Rameshbhai Patel and Kokilaban Patel, 7:20-cv-00239-DC (W.D.Tx.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Philip Michael Cullen , III | Rameshbhaj Patel |
| Philip Michael Cullen III, Chartered | Kokilaban Patel |
| 621 S. Federal Hwy, Ste. Four | TexAnn Motel |
| Fort Lauderdale, FL 33301 | 805 E Palestine Ave |
| 954-462-0600 | Palestine TX  75801 |
|  Email: CULLENIII@AOL.COM | |

**Sarwar v. Bay Motel & Family Restaurant, 1:20-cv-01447-WCG (E.D. Wisc.)**

| **Counsel for Plaintiff served by email:** | **Counsel for the Defendant served by email:** |
|---|---|
| Tristan Wade Gillespie           . | Jonathan T. Smies |
| 5150 Cottage Farm Rd. | Godfrey & Kahn SC |
| Johns Creek, GA 30022 | 200 S. Washington St. – STE 100 |
| (404) 276-7277 | Green Bay, WI  54307 |
| Email: gillespie.tristan@gmail.com | (920) 432-9300 |
| | jsmies@gklaw.com |
| | |
| | **Counsel for the Defendant served by email:** |
| | Matthew J. Stoiber |
| | Godfrey & Kahn SC |
| | 200 S. Washington St. – STE 100 |
| | Green Bay, WI  54307 |
| | (920) 432-9300 |
| | mstoiber@gklaw.com |

**Sarwar v. MAA LLC, 1:20-cv-01448-WCG (E.D. Wisc.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie | MAA LLC                 . |
| 5150 Cottage Farm Rd. | Economy Inn |
| Johns Creek, GA 30022 | 1704 S. Ashland Ave. |
| (404) 276-7277 | Green Bay, WI  54304 |
| Email: gillespie.tristan@gmail.com | |

Respectfully submitted,

HOTELS AND STUFF INC.


*/s/ J. Allen Roth, Esq.*               
J. Allen Roth, Esq.
757 Lloyd Avenue #B
Latrobe PA  15650
(724) 537-0939  Telephone
lawmatters@yahoo.com

COUNSEL FOR MOVANT