**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE:  HOTEL BOOKING ACCESS FOR             MDL DOCKET NUMBER:  2978
       INDIVIDUALS WITH DISABILITIES

**NOTICE OF RELATED ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation defendant Hotels and Stuff Inc., writes to notify you of the newly filed related action listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Respectfully submitted,

**HOTELS AND STUFF INC.**

By:  _/s/ J. Allen Roth, Esq._
     J. Allen Roth, Esquire
     757 Lloyd Avenue #B
     Latrobe, PA  15650
     (724) 537-0939

     **ATTORNEY FOR MOVANT**