BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  HOTEL BOOKING ACCESS FOR  　　　　　MDL DOCKET NUMBER:  2978
    　　　INDIVIDUALS WITH DISABILITIES

## SCHEDULE OF RELATED ACTIONS

|   | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| 1 | Saim Sarwar | Delores & William & Beidman | WPA | 3:20-cv-00210 | Stephanie L. Haines |
| 2 | Saim Sarwar | Alfred University Saxon Inn & VP Business & Finance | WNY | 1:20-cv-01517 | none |
| 3 | Saim Sarwar | Headley Realty LLC | WNY | 6:20-cv-06856 | none |
| 4 | Saim Sarwar | Ali & Leila Rizek | WNY | 1:20-cv-01519 | none |
| 5 | Saim Sarwar | B & Y Property Management LLC | WNY | 1:20-cv-01518 | none |
| 6 | Saim Sarwar | Willard Associates | DC | 1:20-cv-03000 | Carl J. Nicholas |
| 7 | Saim Sarwar | HHLP Capital Hill Associates LLC | DC | 1:20-cv-02998 | Richard J. Leon |
| 8 | Janis Shumway | R&C Real Estate Investments Inc. | NOH | 3:20-cv-02372 | Jeffrey J. Helmick |
| 9 | Janis Shumway individually on her behalf and on behalf of all others similarly situation | Bluffton Hospitality LLC | NOH | 3:20-cv-02371 | Jeffrey J. Helmick |

Respectfully submitted,

HOTELS AND STUFF INC.

/s/ J. Allen Roth, Esq.
J. Allen Roth, Esq.
757 Lloyd Avenue #B
Latrobe PA  15650
(724) 537-0939
lawmatters@yahoo.com

Attorney for Defendant Hotels and Stuff