BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: HOTEL BOOKING ADA LITIGATIONS         MDL No. 2978

.

**PLAINTIFF'S MOTION TO STRIKE REPLY OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SUR-REPLY**

Plaintiff, by and through undersigned counsel, hereby submits this Motion to Strike Defendant's Reply Memorandum, In the alternative, Plaintiff respectfully requests that this Panel grant leave to file a Sur-Reply..

1. Defendant filed its Motion To Transfer. In its Memorandum, Defendant made a bare bones argument, citing no cases and submitting no evidence in support of its baseless claims.

2. In response thereto, Plaintiff filed her Memorandum in Opposition, citing the overwhelming body of authorities which establish that Defendant's motion was baseless.

3. On November 17, 2020, Defendant filed a Reply Memorandum which cites new cases and makes new arguments that were never raised in the Defendant's original Motion and Memorandum.

4. For the reasons set forth below, Defendant's Reply Brief must be stricken. In the alternative, Plaintiff must be granted leave to file a sur-reply.

**Memorandum**

It is well established that arguments that were not properly presented in a party's initial

brief or are raised for the first time in the reply brief are deemed waived. *Strom v. Goldman, Sachs & Co.*, 202 F.3d 138, 142 (2d Cir. 1999); *Knipe v. Skinner,* 999 F.2d 708, 710-11 (2d Cir. 1993); *NLRB v. Star Color Plate Service, Div. Of Einhorn Ent., Inc.*, 843 F.2d 1507, 1510 n. 3 (2d. Cir. 1988); *United States v. Gigante*, 39 F.3d 42, 50 n.2 (2d. Cir. 1994). This includes situations where the reply brief cites legal authority that was omitted in the original brief. *Ernst Haas Studio, Inc. v. Palm Press, Inc.*, 164 F.3d 110, 113 (2d Cir., 1999).

Defendant's Reply brief is replete with new arguments it failed to make and citations to cases it failed to reference in its earlier Memorandum. Defendant has no excuse for having failed to properly present these arguments or cite references.

First, even though the Defendant admits its case was dismissed, Defendant and its counsel improperly continue to file documents and make arguments in the instant action.

Second, Defendant filed a purported agreement with Expedia, which it omitted in its motion and earlier brief.

Third, Defendant filed orders issued in other courts which it omitted in its earlier brief.

Because Defendant is citing new cases for the first time, Plaintiff is prejudiced because it has no opportunity to rebut them.

## Conclusion

For the foregoing reasons, Defendant's Reply Brief must be stricken or, in the alternative, Plaintiff must be granted leave to file a sur-reply.

Respectfully submitted,

By: /s/ Thomas B. Bacon
Thomas B. Bacon, P.A.

644 N. McDonald Street
Mt. Dora, FL 32757
tbb@thomasbaconlaw.com
954-478-7811

*Proof of Service*

I hereby certify that a copy of the foregoing was served on all counsel of record via this Panel's CM/ECF system this 18th day of November, 2020. Also, this day, the following unrepresented parties were served by first class mail:

Sarwar v. 1061 31st Street LLC, 1:20-cv-02601-RC (DDC)
1061 31st Street LLC
1061 31st Street N.W.
Washington DC 20007

Sarwar v. Tudor LP, 1:20-cv-02775-TJK (DDC)
1 Tudor L.P. c/o Hensley Park Hotel
926 Massachusetts Ave. N.W.
Johns Creek, GA 30022

Sarwar v. Omkar Raj 2017 LLC, 3:20-cv-00099-CDL (M.D.Ga.)
Omkar Raj 2017 LLC
Quality Inn Loganville
4200 Atlanta Hwy. #78
Loganville, GA 30052

Sarwar v. Chatuge Resort Inc.,2:20-cv-00215-SCJ (N. D. Ga.)
Chatuge Resort Inc.
Lake Chatuge Lodge
653 US 76
Hiawassee GA 30546

Sarwar v. Maruti Investors of America Inc., 2:20-cv-00216-SCJ (N.D.Ga.)
Maruti Investors of America Inc.
Quality Inn
4880 US Highway 129
Jefferson GA 30549

Sarwar v. Jay Nidhi Inc., 5:20-cv-00124-LGW-BWC (S.D. Ga.)
Counsel for Jay Nidhi Inc. via email:
Deepa N. Subramanian
Ogletree, Deakins, Nash, Smoak & Stewart, PC
191 Peachtree Street, NE Suite 4800

644 N. McDonald Street
Mt. Dora, FL 32757
tbb@thomasbaconlaw.com
954-478-7811

*Proof of Service*

I hereby certify that a copy of the foregoing was served on all counsel of record via this Panel's CM/ECF system this 18th day of November, 2020. Also, this day, the following unrepresented parties were served by first class mail:

Sarwar v. 1061 31st Street LLC, 1:20-cv-02601-RC (DDC)
1061 31st Street LLC
1061 31st Street N.W.
Washington DC 20007

Sarwar v. Tudor LP, 1:20-cv-02775-TJK (DDC)
1 Tudor L.P. c/o Hensley Park Hotel
926 Massachusetts Ave. N.W.
Johns Creek, GA 30022

Sarwar v. Omkar Raj 2017 LLC, 3:20-cv-00099-CDL (M.D.Ga.)
Omkar Raj 2017 LLC
Quality Inn Loganville
4200 Atlanta Hwy. #78
Loganville, GA 30052

Sarwar v. Chatuge Resort Inc.,2:20-cv-00215-SCJ (N. D. Ga.)
Chatuge Resort Inc.
Lake Chatuge Lodge
653 US 76
Hiawassee GA 30546

Sarwar v. Maruti Investors of America Inc., 2:20-cv-00216-SCJ (N.D.Ga.)
Maruti Investors of America Inc.
Quality Inn
4880 US Highway 129
Jefferson GA 30549

Sarwar v. Jay Nidhi Inc., 5:20-cv-00124-LGW-BWC (S.D. Ga.)
Counsel for Jay Nidhi Inc. via email:
Deepa N. Subramanian
Ogletree, Deakins, Nash, Smoak & Stewart, PC
191 Peachtree Street, NE Suite 4800

Atlanta, GA 30303
deepa.subramanian@ogletree.com

Sarwar v. Karan LLC, 4:20-cv-00222-WTM-CLR, (S.D. Ga.)
for Karan LLC. via email:
Sarah H. Lamar
Hunter Maclean Exley & Dunn P.C.
Johns Creek, GA 30022 200 E. Saint Julian Street
Savannah GA 31412-0048
slamar@huntermaclean.com

Sarwar v. Elim Ke Inc. ,2:20-cv-02273 (C.D. Ill):
Unrepresented served via First Class Mail:
Elim Ke Inc.
Lincoln Lodge
403 W University Avenue
Urbana IL 61801

Sarwar v. Amanda Kay Wilkinson, 3:20-cv-01045-JPG (S.D. Ill.)
Unrepresented served via First Class Mail:
Amanda Kay Wilkinson
Lincoln Suites
105 W. Trefz Drive
Marshall, IL 62241

Sarwar v. R.F. Daly Realty LLC, 1:20-cv-11774-WGY (D. Mass.)
Unrepresented served via First Class Mail:
R.F. Daly Realty LLC
Craigville Beach Inn
369 South Main St.
Centreville MA 02632

Sarwar v. Aaria Hospitality LLC, 1:20-cv-11779-DJC (D. Mass.)
Unrepresented served via First Class Mail:
Aaria Hospitality LLC
Heritage House Hotel
259 Main St.
Hyannis, MA 02601

Sarwar v. Hyannis Travel Inn Realty Trust ,1:20-cv-11780-IT (D. Mass)
Unrepresented served via First Class Mail:
Hyannis Travel Inn Realty Trust
Hyannis Travel Inn

18 North Street
Hyannis, MA 02601

Sarwar v. Red Jacket Beacon L.P., 1:20-cv-11781-IT (D. Mass.)
 Unrepresented served via First Class Mail:
Red Jacket Beacon L.P.
Red Jacket Beach Resort & Spa
One South Shore Drive
South Yarmouth MA 02664

Sarwar v. Boxborough Regency LLC, 1:20-cv-11783-NMG (D. Mass.)
Unrepresented served via First Class Mail:
Boxborough Regency LLC
242 Adams Place
Boxborough MA 01719

 Sarwar v. The Wagon Wheel Motel Inc. ,3:20-cv-11782-MGM (D. Mass.)
Unrepresented served via First Class Mail:
The Wagon Wheel Motel Inc.
484 Pittsfield Road
Lenox MA 01240.

Sarwar v. Concord's Colonia Inn One LLC, 1:20-cv-11850-FDS (D. Mass.)
Unrepresented served via First Class Mail:
Concord's Colonial Inn One LLC
48 Monument Square
Concord MA 01742

 Sarwar v. Steele Properties ,1:20-cv-02667-JMC (D. Md.)
Counsel for Defendant via Email
Gorman E. Getty III
Gorman E. Getty III PA
23 Washington Street
Cumberland MD 21502
ggetty@ggettylaw.com

Sarwar v. Lavale Hospitality LLC, 1:20-cv-02668 (D. Md.)
Unrepresented served via First Class Mail:
Lavale Hospitality LLC
Motel 6
12310 Winchester Rd SW
LaVale, MD 21502

Sarwar v. Hotel Gunter 2018 LLC, 1:20-cv-02829 (D. Md.)
Counsel for Plaintiff served by email: Unrepresented served via First Class Mail:
Hotel Gunter 2018 LLC
11 W Main St
Frostburg MD 21532

Sarwar v. Auburn Fireside Inn LLC, 2:20-cv-00355 (D. Maine)
Unrepresented served via First Class Mail:
Auburn Fireside Inn LLC
Fireside Inn & Suites
Washington Street S
Auburn ME 04210

 Sarwar v. Bipin-Seth Inc. ,2:20-cv-12744-JMV-JBC (D. N.J.)
Unrepresented served via First Class Mail:
Bipin-Seth Inc.
OYO Hotel
610 US 1
Edison NJ 08817

Sarwar v. Town House Motor Inn Inc., 6:20-cv-01060-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
Town House Motor Inn Inc.
318 S Main Street
Oneonta NY 13820

Sarwar v. Dobbins Real Estate LLC, 1:20-cv-01111-TJM-ATB (N.D.N.Y.)
served via First Class Mail:
Dobbins Real Estate LLC
Motel Cambridge
51 S Park Street
Cambridge NY 12816

Sarwar v. Swordfish Realty LLC, 1:20-cv-01108-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
Swordfish Realty LLC
Dunham's Bay Resort
2999 NY 91
Lake George NY 12845

Sarwar v. Jayesh Patel, 5:20-cv-01117-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
Javesh Patel

Econo Lodge Inn
S Bay Rd
Syracuse NY 13212

Sarwar v. Golden Arrow LLC, 8:20-cv-01110-TJM-ATB (N.D.N.Y.)
served via First Class Mail:
Golden Arrow LLC
Golden Arrow Lakeside Resort
2559 Main Stret

Sarwar v. 18718 NY 28 LLC, 3:20-cv-01119-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
18718 NY 28 LLC
OYO Buena Vista
613 18718 NY 28
Delhi NY 13753

Sarwar v. Resort Holdings LP LLC ,8:20-cv-01161-TJM-ATB (N.D.N.Y.)
served via First Class Mail:
Resort Holdings LP LLC
Whiteface Inn
Whiteface Inn l.n.
Lake Placid NY 12946

Sarwar v. Maplewood Inn LLC, 5:20-cv-01171-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
Maplewood Inn LLC
400 7th North St
Liverpool NY 13088

Sarwar v. ESA 0504 Inc., 5:20-cv-01174-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
ESA 0504 Inc.
Extended Stay America
6630 Old Collamer Rd
East Syracuse NY 13057

Sarwar v. William Waldy, 8: 20-cv-01173-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
William Waldy
Country Inn & Suites
5647 NYS Route 86
Wilmington NY 12997

Sarwar v. Fayetteville Hotel Ownership LLC, 5:20-cv-01177-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
Fayetteville Hotel Ownership LLC
Craftsman Inn
7300 E Genesee St
Fayetteville NY 13066

Sarwar v. Saleem Mohammad, 2:20-cv-01391-NY (W.D.Pa.)
Unrepresented served via First Class Mail:
Alex M. Lacey.
Dentons Cohen & Grigsby PC
625 Liberty Avenue
Pittsburgh PA 15222
alex.lacey@dentons.com

Sarwar v. Hotel and Stuff Inc. and Hiland Terrace Corp, 2:20-cv-01393-CB (W.D.Pa.)
Counsel for Defendant Hotels and Stuff served via email
J. Allen Roth .
Lloyd Ave #B
Latrobe PA 15650
lawmatters@yahoo.com

Unrepresented served via First Class mail:
Hiland Terrace Corp.
14390 Route 30
North Huntingdon, PA 15642

 Sarwar v. Millenium Hotels Inc. ,2:20-cv-01469-RJC (W.D.Pa.)
Unrepresented served via First Class Mail:
Millenium Hotels Inc. .
Comfort Inn
1340 Lebanon Church Road
West Mifflin PA 15236

Sarwar v. Ajnisha Builders LLC, 5:20-cv-01098-JKP (W.D.Tx.)
Unrepresented served via First Class Mail:
Ajnisha Builders LLC
Motel 6
1403 Highway 97 East
Jourdanton TX 78026

Sarwar v. Minu LLC, 5:20-cv-01165-DAE (W.D. Tx.)
Unrepresented served via First Class Mail:

Minn LLC
Pleasanton Executive Inn
1927 W Oaklawn Road
Pleasanton TX 78064

Sarwar v. Rameshbhai Patel and Kokilaban Patel, 7:20-cv-00239-DC (W.D.Tx.)
Unrepresented served via First Class Mail:
Rameshbhaj Patel
Kokilaban Patel
TexAnn Motel
805 E Palestine Ave
Palestine TX 75801

Sarwar v. Bay Motel & Family Restaurant, 1:20-cv-01447-WCG (E.D. Wisc.)
Counsel for the Defendant served by email:
Jonathan T. Smies
Godfrey & Kahn SC
200 S. Washington St. – STE 100
Bay, WI 54307
jsmies@gklaw.com

Counsel for the Defendant served by email:
Matthew J. Stoiber
Godfrey & Kahn SC
200 S. Washington St. – STE 100
Green Bay, WI 54307
mstoiber@gklaw.com

Sarwar v. MAA LLC, 1:20-cv-01448-WCG (E.D. Wisc.)
Unrepresented served via First Class Mail:
MAA LLC .
Economy Inn
1704 S. Ashland Ave.
Green Bay, WI 54304

By: /s/ Thomas B. Bacon
Thomas B. Bacon