BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: HOTEL BOOKING ADA LITIGATIONS         MDL No. 2978

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL INFORMATION**

Plaintiffs, by and through undersigned counsel, hereby submit this Notice that Sarwar v. Karan, LLC, 4:20-cv-222 (S.D. Ga.) has just been dismissed.

Respectfully submitted,

By: /s/ Thomas B. Bacon
Thomas B. Bacon, P.A.
644 N. McDonald Street
Mt. Dora, FL 32757
tbb@thomasbaconlaw.com
954-478-7811

*Proof of Service*

I hereby certify that a copy of the foregoing was served on all counsel of record via this Panel's CM/ECF system this 18th day of November, 2020. Also, this day, the following unrepresented parties were served by first class mail:

Sarwar v. 1061 31st Street LLC, 1:20-cv-02601-RC (DDC)
1061 31st Street LLC
1061 31st Street N.W.
Washington DC 20007

Sarwar v. Tudor LP, 1:20-cv-02775-TJK (DDC)
1 Tudor L.P. c/o Hensley Park Hotel
926 Massachusetts Ave. N.W.
Johns Creek, GA 30022

Sarwar v. Omkar Raj 2017 LLC, 3:20-cv-00099-CDL (M.D.Ga.)
Omkar Raj 2017 LLC
Quality Inn Loganville
4200 Atlanta Hwy. #78

1

Loganville, GA 30052

Sarwar v. Chatuge Resort Inc.,2:20-cv-00215-SCJ (N. D. Ga.)
Chatuge Resort Inc.
Lake Chatuge Lodge
653 US 76
Hiawassee GA 30546

Sarwar v. Maruti Investors of America Inc., 2:20-cv-00216-SCJ (N.D.Ga.)
Maruti Investors of America Inc.
Quality Inn
4880 US Highway 129
Jefferson GA 30549

Sarwar v. Jay Nidhi Inc., 5:20-cv-00124-LGW-BWC (S.D. Ga.)
Counsel for Jay Nidhi Inc. via email:
Deepa N. Subramanian
Ogletree, Deakins, Nash, Smoak & Stewart, PC
191 Peachtree Street, NE Suite 4800
Atlanta, GA 30303
deepa.subramanian@ogletree.com

Sarwar v. Karan LLC, 4:20-cv-00222-WTM-CLR, (S.D. Ga.)
for Karan LLC. via email:
Sarah H. Lamar
Hunter Maclean Exley & Dunn P.C.
Johns Creek, GA 30022 200 E. Saint Julian Street
Savannah GA 31412-0048
slamar@huntermaclean.com

Sarwar v. Elim Ke Inc. ,2:20-cv-02273 (C.D. Ill):
Unrepresented served via First Class Mail:
Elim Ke Inc.
Lincoln Lodge
403 W University Avenue
Urbana IL 61801

Sarwar v. Amanda Kay Wilkinson, 3:20-cv-01045-JPG (S.D. Ill.)
Unrepresented served via First Class Mail:
Amanda Kay Wilkinson
Lincoln Suites
105 W. Trefz Drive
Marshall, IL 62241

Sarwar v. R.F. Daly Realty LLC, 1:20-cv-11774-WGY (D. Mass.)
Unrepresented served via First Class Mail:
R.F. Daly Realty LLC
Craigville Beach Inn
369 South Main St.
Centreville MA 02632

Sarwar v. Aaria Hospitality LLC, 1:20-cv-11779-DJC (D. Mass.)
Unrepresented served via First Class Mail:
Aaria Hospitality LLC
Heritage House Hotel
259 Main St.
Hyannis, MA 02601

Sarwar v. Hyannis Travel Inn Realty Trust ,1:20-cv-11780-IT (D. Mass)
Unrepresented served via First Class Mail:
Hyannis Travel Inn Realty Trust
Hyannis Travel Inn
18 North Street
Hyannis, MA 02601

Sarwar v. Red Jacket Beacon L.P., 1:20-cv-11781-IT (D. Mass.)
 Unrepresented served via First Class Mail:
Red Jacket Beacon L.P.
Red Jacket Beach Resort & Spa
One South Shore Drive
South Yarmouth MA 02664

Sarwar v. Boxborough Regency LLC, 1:20-cv-11783-NMG (D. Mass.)
Unrepresented served via First Class Mail:
Boxborough Regency LLC
242 Adams Place
Boxborough MA 01719

 Sarwar v. The Wagon Wheel Motel Inc. ,3:20-cv-11782-MGM (D. Mass.)
Unrepresented served via First Class Mail:
The Wagon Wheel Motel Inc.
484 Pittsfield Road
Lenox MA 01240.

Sarwar v. Concord's Colonia Inn One LLC, 1:20-cv-11850-FDS (D. Mass.)
Unrepresented served via First Class Mail:
Concord's Colonial Inn One LLC

48 Monument Square
Concord MA 01742

Sarwar v. Steele Properties ,1:20-cv-02667-JMC (D. Md.)
Counsel for Defendant via Email
Gorman E. Getty III
Gorman E. Getty III PA
23 Washington Street
Cumberland MD 21502
ggetty@ggettylaw.com

Sarwar v. Lavale Hospitality LLC, 1:20-cv-02668 (D. Md.)
Unrepresented served via First Class Mail:
Lavale Hospitality LLC
Motel 6
12310 Winchester Rd SW
LaVale, MD 21502

Sarwar v. Hotel Gunter 2018 LLC, 1:20-cv-02829 (D. Md.)
Counsel for Plaintiff served by email: Unrepresented served via First Class Mail:
Hotel Gunter 2018 LLC
11 W Main St
Frostburg MD 21532

Sarwar v. Auburn Fireside Inn LLC, 2:20-cv-00355 (D. Maine)
Unrepresented served via First Class Mail:
Auburn Fireside Inn LLC
Fireside Inn & Suites
Washington Street S
Auburn ME 04210

Sarwar v. Bipin-Seth Inc. ,2:20-cv-12744-JMV-JBC (D. N.J.)
Unrepresented served via First Class Mail:
Bipin-Seth Inc.
OYO Hotel
610 US 1
Edison NJ 08817

Sarwar v. Town House Motor Inn Inc., 6:20-cv-01060-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
Town House Motor Inn Inc.
318 S Main Street
Oneonta NY 13820

Sarwar v. Dobbins Real Estate LLC, 1:20-cv-01111-TJM-ATB (N.D.N.Y.)
served via First Class Mail:
Dobbins Real Estate LLC
Motel Cambridge
51 S Park Street
Cambridge NY 12816

Sarwar v. Swordfish Realty LLC, 1:20-cv-01108-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
Swordfish Realty LLC
Dunham's Bay Resort
2999 NY 91
Lake George NY 12845

Sarwar v. Jayesh Patel, 5:20-cv-01117-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
Javesh Patel
Econo Lodge Inn
S Bay Rd
Syracuse NY 13212

Sarwar v. Golden Arrow LLC, 8:20-cv-01110-TJM-ATB (N.D.N.Y.)
served via First Class Mail:
Golden Arrow LLC
Golden Arrow Lakeside Resort
2559 Main Stret

Sarwar v. 18718 NY 28 LLC, 3:20-cv-01119-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
18718 NY 28 LLC
OYO Buena Vista
613 18718 NY 28
Delhi NY 13753

Sarwar v. Resort Holdings LP LLC ,8:20-cv-01161-TJM-ATB (N.D.N.Y.)
served via First Class Mail:
Resort Holdings LP LLC
Whiteface Inn
Whiteface Inn l.n.
Lake Placid NY 12946

Sarwar v. Maplewood Inn LLC, 5:20-cv-01171-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:

Maplewood Inn LLC
400 7th North St
Liverpool NY 13088

Sarwar v. ESA 0504 Inc., 5:20-cv-01174-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
ESA 0504 Inc.
Extended Stay America
6630 Old Collamer Rd
East Syracuse NY 13057

Sarwar v. William Waldy, 8: 20-cv-01173-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
William Waldy
Country Inn & Suites
5647 NYS Route 86
Wilmington NY 12997

Sarwar v. Fayetteville Hotel Ownership LLC, 5:20-cv-01177-TJM-ATB (N.D.N.Y.)
Unrepresented served via First Class Mail:
Fayetteville Hotel Ownership LLC
Craftsman Inn
7300 E Genesee St
Fayetteville NY 13066

Sarwar v. Saleem Mohammad, 2:20-cv-01391-NY (W.D.Pa.)
Unrepresented served via First Class Mail:
Alex M. Lacey.
Dentons Cohen & Grigsby PC
625 Liberty Avenue
Pittsburgh PA 15222
alex.lacey@dentons.com

Sarwar v. Hotel and Stuff Inc. and Hiland Terrace Corp, 2:20-cv-01393-CB (W.D.Pa.)
Counsel for Defendant Hotels and Stuff served via email
J. Allen Roth .
Lloyd Ave #B
Latrobe PA 15650
lawmatters@yahoo.com

Unrepresented served via First Class mail:
Hiland Terrace Corp.
14390 Route 30

North Huntingdon, PA 15642

Sarwar v. Millenium Hotels Inc. ,2:20-cv-01469-RJC (W.D.Pa.)
Unrepresented served via First Class Mail:
Millenium Hotels Inc. .
Comfort Inn
1340 Lebanon Church Road
West Mifflin PA 15236

Sarwar v. Ajnisha Builders LLC, 5:20-cv-01098-JKP (W.D.Tx.)
Unrepresented served via First Class Mail:
Ajnisha Builders LLC
Motel 6
1403 Highway 97 East
Jourdanton TX 78026

Sarwar v. Minu LLC, 5:20-cv-01165-DAE (W.D. Tx.)
Unrepresented served via First Class Mail:
Minn LLC
Pleasanton Executive Inn
1927 W Oaklawn Road
Pleasanton TX 78064

Sarwar v. Rameshbhai Patel and Kokilaban Patel, 7:20-cv-00239-DC (W.D.Tx.)
Unrepresented served via First Class Mail:
Rameshbhaj Patel
Kokilaban Patel
TexAnn Motel
805 E Palestine Ave
Palestine TX 75801

Sarwar v. Bay Motel & Family Restaurant, 1:20-cv-01447-WCG (E.D. Wisc.)
Counsel for the Defendant served by email:
Jonathan T. Smies
Godfrey & Kahn SC
200 S. Washington St. – STE 100
Bay, WI 54307
jsmies@gklaw.com

Counsel for the Defendant served by email:
Matthew J. Stoiber
Godfrey & Kahn SC
200 S. Washington St. – STE 100

Green Bay, WI 54307
mstoiber@gklaw.com

Sarwar v. MAA LLC, 1:20-cv-01448-WCG (E.D. Wisc.)
Unrepresented served via First Class Mail:
MAA LLC .
Economy Inn
1704 S. Ashland Ave.
Green Bay, WI 54304

By: /s/ Thomas B. Bacon
Thomas B. Bacon