# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: HOTEL BOOKING ACCESS FOR     MDL DOCKET NUMBER: 2978
        INDIVIDUALS WITH DISABILITIES

## NOTICE OF RELATED ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation defendant Hotels and Stuff Inc., writes to notify you of the newly filed related action listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Respectfully submitted,

**HOTELS AND STUFF INC.**

By:   */s/ J. Allen Roth, Esq.*
      J. Allen Roth, Esquire
      757 Lloyd Avenue #B
      Latrobe, PA 15650
      (724) 537-0939

        **ATTORNEY FOR MOVANT**