BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: HOTEL BOOKING ACCESS FOR
INDIVIDUALS WITH DISABILITIES

MDL DOCKET NUMBER: 2978

## SCHEDULE OF RELATED ACTIONS

|    | Plaintiffs | Defendants | District | Case No. | Judge |
|----|------------|------------|----------|----------|-------|
| 1  | Deborah Laufer | The William E. Swigart Jr. Automobile Museum | Middle Pennsylvania | 1:20-cv-01960 | John E. Jones III |
| 2  | Saim Sarwar | CAC 80 LLC | Eastern Wisconsin | 2:20-cv-01627 | J P Stadtmueller |
| 3  | Saim Sarwar | River Road Motel LLC | Western Wisconsin | 3:20-cv-00986 | James D. Peterson |
| 4  | Deborah Laufer | Geissler LLC | Western Wisconsin | 3:20-cv-00985 | William M. Conley |
| 5  | Saim Sarwar | Simtat LLC | Maryland | 1:20-cv-03129 | Stephanie A. Gallagher |
| 6  | Saim Sarwar | Northeast Investment Group LLC | Maryland | 8:20-cv-03128 | George Jarrod Hazel |
| 7  | Deborah Laufer | Jalaram Kripa LLC | Connecticut | 3:20-cv-01614 | Victor A. Bolden |
| 8  | Deborah Laufer | Josand Enterprises LLC | Colorado | 1:20-cv-03193 | N. Reid Neureiter |
| 9  | Deborah Lauferr | J & Z Properties LLC | Colorado | 1:20-cv-03188 | N. Reid Neureiter |
| 10 | Deborah Laufer | Tower Road Lodging LLC | Colorado | 1:20-cv-03186 | Nina Y Wang |
| 11 | Saim Sarwar | A&C Realty LLC | Connecticut | 3:20-cv-01649 | Robert N. Chatigny |
| 12 | Saim Sarwar | 219 Woodmont Road LLC and Mayflower Motel Inc. | Connecticut | 3:20-cv-01650 | Vanessa L. Bryant |
| 13 | Saim Sarwar | Saybrook Point Marina LLC | Connecticut | 3:20-cv-01672 | Charles S. Haight Jr |
| 14 | Saim Sarwar | Jackson Incorporated | Connecticut | 3:20-cv-01673 | Jeffrey A. Meyer |

| | | | | | |
|---|---|---|---|---|---|
| 15 | Saim Sarwar | Harrington Hotel Company Inc. | District of Columbia | 1:20-cv-03233 | Trevor N. McFadden |
| 16 | Saim Sarwar | Hay Adams Holdings LLC | District of Columbia | 1:20-cv-03234 | Ketanji Brown Jackson |
| 17 | Saim Sarwar | N & N Hospitality | Massachusetts | 3:20-cv-11975 | Mark G. Mastroianni |
| 18 | Saim Sarwar | Surfside Inn Realty Trust | Massachusetts | 1:20-cv-11974 | George A. O'Toole Jr. |
| 19 | Saim Sarwar | Prudential Real Estate MGMT LLC | New Jersey | 3:20-cv-15760 | Michael A. Shipp |
| 20 | Saim Sarwar | Kartik Hospitality LLC | New Jersey | 2:20-cv-15680 | Madeline Cox Arleo |
| 21 | Saim Sarwar | Abdiel Investor LLC | New Jersey | 1:20-cv-15681 | Robert B. Kugler |
| 22 | Saim Sarwar | L.S.K. Inc. | New Jersey | 3:20-cv-15683 | Anne E. Thompson |
| 23 | Saim Sarwar | Neelkanth Enterprises LLC | New Jersey | 1:20-cv-15685 | Joseph H. Rodriguez |
| 24 | Saim Sarwar | Lake Placid Hotel Partners LLC | Northern New York | 8:20-cv-01387 | Thomas J. McAvoy |
| 25 | Saim Sarwar | Qiao Lin | Northern New York | 7:20-cv-09443 | Nelson Stephen Roman |
| 26 | Saim Sarwar | Vilinuis Inc. | Southern New York | 1:20-cv-09447 | Kevin Nathaniel Fox |
| 27 | Saim Sarwar | Sai Ram Group LLC | Southern New York | 7:20-cv-09430 | |
| 28 | Saim Sarwar | Shastri Narayan Inc. | New Jersey | 1:20-cv-15724 | Noel Hillman |
| 29 | Saim Sarwar | 208 WHP LLC | New Jersey | 1:20-cv-15762 | Renee Marie Bumb |
| 30 | Saim Sarwar | Sonia Hospitality Corporation | New Jersey | 1:20-cv-15806 | Joseph H. Rodriguez |
| 31 | Saim Sarwar | AK Motel Management LLC | Northern Ohio | 5:20-cv-02558 | John R. Adams |
| 32 | Deborah Laufer | Skyhigh Hospitality LLC | Colorado | 1:20-cv-03284 | Kathleen M. Tafoya |
| 33 | Deborah Laufer | Karos Properties | Colorado | 1:20-cv-03426 | Danied D. Domenico |
| 34 | Deborah Laufer | Pagosa Lodging 2 LLC | Colorado | 1:20-cv-03429 | Philip A. Brimmer |

| 35 | Deborah Laufer | 268 Solomon Drive | Colorado | 1:20-cv-03432 | Nina Y. Wang |
| --- | --- | --- | --- | --- | --- |
| 36 | Deborah Laufer | Varai Mata LLC | Middle Georgia | 1:20-cv-00227 | Leslie Abrams Gardner |
| 37 | Deborah Laufer | Shree Varah 2016 LLC | Middle Georgia | 1:20-cv-00228 | Leslie Abrams Gardner |
| 38 | Deborah Laufer | Jagtap Hospitality LLC | Middle Georgia | 3:20-cv-00121 | C Ashley Royal |
| 39 | Deborah Laufer | Om Shri KPA Hospitality LLC | Middle Georgia | 5:20-cv-00430 | Tilman E. Self III |
| 40 | Deborah Laufer | Matru Krupa LLC | Northern Georgia | 4:20-cv-00257 | Eleanor L. Ross |
| 41 | Deborah Laufer | Pramukh Bhavan Inc. | Northern Georgia | 1:20-cv-04586 | William M. Ray II |
| 42 | Deborah Laufer | ESA P Portfolio LLC | Northern Georgia | 1:20-cv-4605 | Amy Totenberg |
| 43 | Deborah Laufer | LUV Inc. | Northern Georgia | 1:20-cv-4604 | Thomas W. Thrash Jr. |
| 44 | Deborah Laufer | Five Brothers LLC | Southern Georgia | 4:20-cv-00279 | William T. Moore Jr. |
| 45 | Deborah Laufer | Golden Parkway Ventures LLC | Southern Georgia | 6:20-cv-00107 | J. Randall Hall |
| 46 | Deborah Laufer | Triple M. Hotels Inc. | Southern Georgia | 1:20-cv-00158 | J. Randall Hall |
| 47 | Deborah Laufer | Pankti Inc. | Southern Georgia | 6:20-cv-00109 | J. Randall Hall |
| 48 | Deborah Laufer | Ghanu Inc. | Central Illinois | 2:20-cv-02308 | Colin Stirling Bruce |
| 49 | Deborah Laufer | ESA P Portfolio LLC | Northern Illinois | 1:20-cv-04594 | Manish S. Shah |
| 50 | Deborah Laufer | Morris Hotel Firm Inc. | Northern Illinois | 1:20-cv-6521 | Robert W. Gettleman |

Respectfully submitted,

HOTELS AND STUFF INC.

*/s/ J. Allen Roth, Esq.*
J. Allen Roth, Esq.
757 Lloyd Avenue #B

Latrobe PA  15650
(724) 537-0939
lawmatters@yahoo.com

Attorney for Defendant Hotels and Stuff