BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: HOTEL BOOKING ACCESS FOR
       INDIVIDUALS WITH DISABILITIES

MDL DOCKET NUMBER: 2978

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the Notice of Related Actions and Schedule of Actions, Certificate of Service, along with the Motion to Transfer and Brief in Support were served by Email or First Class Mail on November 22, 2020, to the following:

Clerks of Court served by First Class Mail:

Clerk of Court
Southern District of Georgia
801 Gloucester Street
Brunswick GA  31520

Clerk of Court
Middle District of Georgia
475 Mulberry Street
Macon GA  31201

Clerk of Court
Northern District of Georgia
2211 US Courthouse
75 Ted Turner Drive SW
Atlanta GA  30303

Clerk of Court
District of Columbia
333 Constitution Avenue NW
Washington DC  20001

Clerk of Court
District of Massachusetts
1 Courthouse Way
Boston MA  02210

Clerk of Court
Eastern District of Wisconsin
517 E Wisconsin Ave. Room 362
Milwaukee WI  53202

Clerk of Court
Western District of Wisconsin
120 North Henry Street, Suite 320
Madison WI  53703

Clerk of Court
Central District of Illinois
305 US Courthouse
100 N.E. Monroe Street
Peoria, IL  61602

Clerk of Court
Northern District of Illinois
327 S. Church Street
Rockford, IL  61101

Clerk of Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL  62201

Clerk of Court
District of Maryland
101 West Lombard Street
Baltimore, MD  21201

Clerk of Court
District of Colorado
1929 Stout Street, Suite C-120
Denver, CO  80294

Clerk of Court
Western District of New York
2 Niagara Square
Buffalo, NY  14202

Clerk of Court
Northern District of New York
445 Broadway #509
Albany, NY  12207

Clerk of Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Clerk of Court
Northern District of Ohio
801 West Superior Avenue
Cleveland OH  44113


Clerk of Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg PA  17101

Clerk of Court
District of New Jersey
4th & Cooper Streets
Camden NJ  08101

Clerk of Court
District of Connecticut
141 Church Street
New Haven, CT  06510

Parties:
ad
***Deborah Laufer v. The William E. Swigart Jr. Automobile Museum,*** **1:20-cv-01960 (M.Pa.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| John F. Ward, Esq.<br>329 S. Devon Ave.<br>Wayne, PA  19087<br>(610) 952-0219<br>Email: johnfward@gmail.com | The William E Swigart Jr. Automobile Museum<br>11979 William Penn Highway<br>Huntingdon, PA  16652 |

***Saim Sarwar v. CAC 80 LLC,*** **2:20-cv-01627 (E.Wisc.)**

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | CAC 80 LLC<br>Astor Hotel<br>924 E Juneau Ave<br>Milwaukee, WI  53202 |

*Saim Sarwar v. River Road Motel LLC*, 3:20-cv-00986 (W.Wisc.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | River Road Motel LLC<br>828 River Road<br>Wisconsin Dells, WI  53965 |

*Deborah Laufer v. Geissler LLC,* 3:20-cv-00985 (W.Wisc.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Geissler LLC<br>Indianhead Motel<br>501 Summit Avenue<br>Chippewa Falls WI  54729 |

*Saim Sarwar v. Simtat LLC,* 1:20-cv-03129 (D. MD).

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Simtat LLC<br>Hancock Motel<br>2 Blue Hill<br>Hancock MD  21750 |

*Saim Sarwar v. Northeast Investment Group LLC,* 8:20-cv-03128

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Northeast Investment Group LLC<br>3400 Fort Meade Rd.<br>Laurel MD  20724 |

*Deborah Laufer v. Jalaran Kripa LLC,* 3:20-cv-01614 (D. Ct.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| L. Kay Wilson, Esq.<br>2842 Main Street, Suite 332<br>Glastonbury, CT  06033<br>(860) 559-3733<br>Email: wilson@kaywilson.com | Jalaran Kripa LLC<br>Motel 6 Groton<br>404 Bridge Street<br>Groton CT  06340 |

*Deborah Laufer v. Josand Enterprises LLC*, 1:20-cv-03193 (D. Col.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Suzette M. Marteny Moore, Esq.<br>2690 S. Combee Road<br>Lakeland, FL  33803<br>(863) 229-2140<br>Email: eservice@smoorelaw.com | Josand Enterprises LLC<br>First Inn of Pagosa Springs<br>260 E Pagosa Street<br>Pagosa Springs CO  81147 |

*Deborah Laufer v. J & Z Properties LLC*, 1:20-cv-03188 (D. Col.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Suzette M. Marteny Moore, Esq.<br>2690 S. Combee Road<br>Lakeland, FL  33803<br>(863) 229-2140<br>Email: eservice@smoorelaw.com | J & Z Properties LLC<br>8 Solomon Drive<br>Pagosa Springs, CO  81147 |

*Deborah Laufer v. Tower Road Lodging LLC,* 1:20-cv-03186 (D. Col.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Suzette M. Marteny Moore, Esq.<br>2690 S. Combee Road<br>Lakeland, FL  33803<br>(863) 229-2140<br>Email: eservice@smoorelaw.com | Tower Road Lodging LLC<br>Mainstay Suites Denver<br>5980 Tower Rd Building A<br>Denver CO  80249 |

*Saim Sarwar v. A & C Realty LLC*, 3:20-cv-01649 (D. Ct.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| L. Kay Wilson, Esq.<br>2842 Main Street, Suite 332<br>Glastonbury, CT  06033<br>(860) 559-3733<br>Email: wilson@kaywilson.com | A & C Realty LLC<br>100 Lily Pond Avenue<br>New Haven CT  06525 |

*Saim Sarwar v. 219 Woodmont Road LLC and Mayflower Motel Inc.*, 3:20-cv-01650 (D. Ct.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| L. Kay Wilson, Esq.<br>2842 Main Street, Suite 332<br>Glastonbury, CT  06033<br>(860) 559-3733<br>Email: wilson@kaywilson.com | 219 Woodmont Road LLC<br>219 Woodmont Road<br>Milford CT  06460<br><br>Mayflower Motel Inc<br>219 Woodmont Road<br>Milford CT  06460 |

*Saim Sarwar v. Saybrook Point Marina LLC*, 3:20-cv-01672 (D. Ct.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| L. Kay Wilson, Esq.<br>2842 Main Street, Suite 332<br>Glastonbury, CT  06033<br>(860) 559-3733<br>Email: wilson@kaywilson.com | Saybrook Point Marina LLC<br>2 Bridge Street<br>Old Saybrook, CT  06475 |

*Saim Sarwar v. Jackson Incorporated,* 3:20-cv-01673 (D. Ct.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| L. Kay Wilson, Esq.<br>2842 Main Street, Suite 332<br>Glastonbury, CT  06033<br>(860) 559-3733<br>Email: wilson@kaywilson.com | Jackson Incorporated<br>Avon Old Farms Inn<br>500 Old Farms Road<br>Avon, CT  06001 |

*Saim Sarwar v. Harrington Hotel Company Inc.,* 1:20-cv-03233 (D. C.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Harrington Hotel Company Inc.<br>Hotel Harrington<br>436 11th Street NW<br>Washington DC  20004 |

*Saim Sarwar v. Hay Adams Holdings LLC*, 1:20-cv-03234 (D.C.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
| --- | --- |
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Hay Adams Holdings LLC<br>The Hay Adams<br>800 16th St NW<br>Washington DC  20006 |

*Saim Sarwar v. N & N Hospitality*, 3:20-cv-11975 (D. Mass.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
| --- | --- |
| John A. Curseaden<br>301 Littleton Road #705.<br>Westford MA  01886<br>(978) 267-7656<br>Email: curseadenlaw@gmail.com | N & N Hospitality<br>Monument Mountain Motel<br>247 Stockbridge Road<br>Great Barrington MA  01230 |

*Saim Sarwar v. Surfside Realty Trust*, 1:20-cv-11974 (D.Mass.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
| --- | --- |
| John A. Curseaden<br>301 Littleton Road #705.<br>Westford MA  01886<br>(978) 267-7656<br>Email: curseadenlaw@gmail.com | Surfside Realty Trust<br>Surfside Hotel and Suites<br>543 Commercial Street<br>Provincetown MA  02657 |

*Saim Sarwar v. Prudential Real Estate MGMT LLC*, 3:20-cv-15760 ( NJ)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
| --- | --- |
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Prudential Real Estate Management<br>Atlantic Motel<br>1000 W Central Ave<br>Seaside Heights NJ  08751 |

*Saim Sarwar v. Kartik Hospitality LLC*, 2:20-cv-15680 (NJ)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Kartik Hospitality LLC<br>Red Carpet Inn & Suites<br>2989 Hamilton Blvd<br>S Plainfield NJ  07080 |

*Saim Sarwar v. Abdiel Investor LLC*, 1:20-cv-15681 (NJ)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Abdiel Investor LLC<br>Red Carpet Inn<br>11 E Broad St<br>Bridgeton NJ  08302 |

*Saim Sarwar* v. L.S.K. Inc., 3:20-cv-15683 (NJ)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | L.S.K. Inc.<br>Colonade Motel<br>472 US 130<br>East Windsor NJ  08520 |

*Saim Sarwar v. Neelkanth Enterprises LLC,* 1:20-cv-15685 (NJ)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Neelkanth Enterprises LLC<br>Red Carpet Inn & Suites<br>700 S White Horse Pike<br>Hammonton NJ  08037 |

*Saim Sarwar v. Lake Placid Hotel Partners LLC,* 8:20-cv-01387 (N.NY)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Lake Placid Hotel Partners LLC<br>Hotel North Woods Ascend Hotel Collection<br>2520 Main Street<br>Lake Placid NY  12946 |

*Saim Sarwar v. Qiao Lin*, 7:20-cv-09443 (N.NY)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Qiao Lin<br>Cadet Motel<br>2582 US Highway 9W<br>Cornwall NY  12518 |

*Saim Sarwar v. Vilinuis Inc.*, 1:20-cv-9447 (S. NY)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Vilinuis Inc.<br>Neptune Hotel<br>1461 Broadway<br>Brooklyn NY 11221 |

*Saim Sarwar v. Sai Ram Group*, 7:20-cv-09430 (S. NY)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Sai Ram Group<br>Windsor Motel<br>2976 Rte 9W<br>Windsor NY  12553 |

*Saim Sarwar v. Shastri Narayan Inc.,* 1:20-cv-15724 (NJ)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Shastri Narayan Inc<br>Budgetel Inn & Suites<br>234 E White Horse Pike<br>Galloway NJ  08205 |

*Saim Sarwar v. 208 WHP LLC*, 1:20-cv-15762 (NJ)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | 208 WHP LLC<br>Tourist Inn<br>208 E White Horse Pike<br>Galloway NJ  08205 |

*Saim Sarwar v. Sonia Hospitality Corporation*, 1:20-cv-15806 (NJ)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Sonia Hospitality Corporation<br>Empire Inn & Suites<br>630 White Horse Pike<br>Absecon NJ  08201 |

*Saim Sarwar v. AK Motel Management LLC*, 5:20-cv-02558 (N. Oh.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | AK Motel Management LLC<br>77 Inn & Suites<br>889 Commercial Pkwy<br>Dover OH  44622 |

*Deborah Laufer v. Skyhigh Hospitality LLC*, 1:20-cv-03284 (Col.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Suzette M. Marteny Moore, Esq.<br>2690 S. Combee Road<br>Lakeland, FL  33803<br>(863) 229-2140<br>Email: eservice@smoorelaw.com | Skyhigh Hospitality LLC<br>Valley Motel Alamosa<br>2051 Main St<br>Alamosa CO  81101 |

*Deborah Laufer v. Karos Properties*, 1:20-cv-03426 (Col.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Suzette M. Marteny Moore, Esq.<br>2690 S. Combee Road<br>Lakeland, FL  33803<br>(863) 229-2140<br>Email: eservice@smoorelaw.com | Karos Properties<br>Econo Lodge Pagosa Springs<br>315 Navajo Drive<br>Pagosa Springs CO  81147 |

*Deborah Laufer v. Pagosa Lodging 2 LLC*, 1:20-cv-03429 (Col.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Suzette M. Marteny Moore, Esq.<br>2690 S. Combee Road<br>Lakeland, FL  33803<br>(863) 229-2140<br>Email: eservice@smoorelaw.com | Pagosa Lodging 2 LLC<br>Quality Inn Pagosa Springs<br>158 Hot Springs Blvd<br>Pagosa Springs CO  81147 |

*Deborah Laufer v. 268 Solomon Drive*, 1:20-cv-03432 (Col.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Suzette M. Marteny Moore, Esq.<br>2690 S. Combee Road<br>Lakeland, FL  33803<br>(863) 229-2140<br>Email: eservice@smoorelaw.com | 268 Solomon Drive<br>Hillside Inn<br>2 Solomon Drive<br>Pagosa Springs CO  81147 |

*Deborah Laufer v. Varai Mata LLC*, 1:20-cv-00227 (M. GA)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Varai Mata LLC<br>Inn at Fitzgerald<br>235 Ocilla Hwy<br>Fitzgerald GA  31750 |

*Deborah Laufer v. Shree Varah 2016 LLC*, 1:20-cv-0228 (M. GA)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Shree Varahi 2018 LLC<br>Econo Lodge<br>1603 E 16th Ave.<br>Cordele GA  31015 |

*Deborah Laufer v.* Jagtap Hospitality LLC, 3:20-cv-00121 (M. Ga)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Jagtop Hospitality LLC<br>Deerfield Inn & Suites<br>2080 Eatonton Rd<br>Madison GA  30650 |

*Deborah Laufer v. Om Shri KPA Hospitality LLC,* 5:20-cv-00430 (M. Ga.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Om Shri KPA Hospitality LLC<br>Villa South Motor Inn<br>725 S Harris St<br>Sandersville GA  31082 |

*Deborah Laufer v. Matru Krupa LLC,* 4:20-cv-00257 (N. Ga.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Matra Krupa LLC<br>Americas Best Value Inn<br>2973 Cedartown Hwy<br>Rome GA  30161 |

*Deborah Laufer v. Pramukh Bhavan Inc.,* 1:20-cv-04586 (N. Ga.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Pramukh Bhavan Inc<br>Econo Lodge<br>1350 Dogwood Dr SE<br>Conyers GA  30013 |

*Deborah Laufer v. ESA P Portfolio LLC*, 1:20-cv-4605 (N. Ga.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | ESA P Portfolio LLC<br>Extended Stay America<br>3331 Old Milton Pkwy<br>Alpharetta GA  30005 |

*Deborah Laufer v. LUV Inc.,* 1:20-cv-4604 (N. Ga.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | LUV Inc.<br>Econo Lodge<br>1360 Virginia Avenue<br>Atlanta GA  30344 |

*Deborah Laufer v. Five Brothers LLC*, 4:20-cv-00279 (S. Ga.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Five Brothers LLC<br>Scottish Inns Richmond Hill<br>3888 US Hwy 17<br>Richmond Hill GA  31324 |

*Deborah Laufer v. Golden Parkway Ventures LLC*, 6:20-cv-00107 (S. Ga.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Golden Parkway Ventures LLC<br>The Onion Inn<br>2507 E 1st St<br>Vidalia GA  30474 |

*Deborah Laufer v. Triple M. Hotels Inc.*, 1:20-cv-00158 (S. Ga.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Triple M Hotels Inc..<br>White Columns Inn<br>1890 Washington Road<br>Thomson GA  30824 |

*Deborah Laufer v. Pankti Inc.,* 6:20-cv-00109 (S. Ga.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Pankti Inc.<br>Garden Inn & Suites<br>720 S Lewis St #5217<br>Metter GA  30439 |

*Deborah Laufer v. Ghanu Inc.*, 2:20-cv-02308 (C. Ill.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Kimberly A. Corkill<br>7 N Coyle Street<br>Pensacola FL  32502<br>(850) 375-3475<br>kimberlyatlaw@gmail.com | Ghanu Inc.<br>Gibson City Inn<br>201 W 1st Street<br>Gibson City IL  60936 |

*Deborah Laufer v. ESA P Portfolio LLC*, 1:20-cv-04594 (N. Ill.)

| **Counsel for Plaintiff served by email:** | **Counsel for Defendant served by email:** |
|---|---|
| Kimberly A. Corkill<br>7 N Coyle Street<br>Pensacola FL  32502<br>(850) 375-3475<br>kimberlyatlaw@gmail.com | Corinne Biller<br>Neal Gerber & Eisenberg LLP<br>2 N LaSalle St #1700<br>Chicago IL  60602<br>(312) 269-8000<br>cbiller@nge.com<br><br>Sonya Rosenberg<br>Neal Gerber & Eisenberg LLP<br>2 N LaSalle St #1700<br>Chicago IL  60602<br>(312) 827-1076<br>srosenberg@nge.com |

*Deborah Laufer v. Morris Hotel Firm Inc*, 1:20-cv-6521 (N. Ill.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Kimberly A. Corkill<br>7 N Coyle Street<br>Pensacola FL  32502<br>(850) 375-3475<br>kimberlyatlaw@gmail.com | Morris Hotel Firm Inc.<br>Quality Inn Morris<br>200 Gore Rd<br>Morris IL  60450 |

*Deborah Laufer v. Mahakali Inc.*, 3:20-cv-01163 (S. Ill.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Kimberly A. Corkill<br>7 N Coyle Street<br>Pensacola FL  32502<br>(850) 375-3475<br>kimberlyatlaw@gmail.com | Mahakali Inc.<br>Relax Inn Marshall<br>107 E Trefz Dr<br>Marshall IL  62441 |

*Deborah Laufer v. Jai Shiv Shakti Inc.*, 3:20-cv-01164 (S. Ill.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Kimberly A. Corkill<br>7 N Coyle Street<br>Pensacola FL  32502<br>(850) 375-3475<br>kimberlyatlaw@gmail.com | Jai Shiv Shakti Inc.<br>Benton Gray Plaza Motel<br>706 W Main St<br>Benton IL  62812 |

*Deborah Laufer v.* BWI Hotel Holding II LLC, 1:20-cv-03250 (Md.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | BWI Hotel Holding II LLC<br>Sleep Inn & Suites BWI Airport<br>6055 Belle Grove Road<br>Baltimore MD  21225 |

*Deborah Laufer v.* Akshar Corporation*,* 1:20-cv-3251 (Md.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Akshar Corporation<br>Regal Inn & Suites<br>8005 Pulaski Hwy<br>Rosedale MD  21237 |

*Deborah Laufer v. VASU Inc.*, 1:20-cv-03264 (Md.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | VASU Inc.<br>Econo Lodge<br>10936 Market Lane US 13<br>Princess Anne, MD  21853 |

*Deborah Laufer v. Patel Hiteshbhai*, 1:20-cv-03265 (Md.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Patel Hiteshbhai<br>Somerset Cove Motel<br>700 Norris Harbor Drive<br>Crisfield MD  21817 |

*Deborah Laufer v. Katha Inc.*, 6:20-cv-6978 (W. NY)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Jonathan E. Staehr<br>2805 Wehrle Drive #18<br>Williamsville NY  14221<br>(716) 631-7250<br>jstaehr@roadrunner.com | Katha Inc.<br>Budget Inn<br>11385 LPGA Drive<br>Corning NY  14830 |

*Deborah Laufer v. Stuart Henry and Carol Henry,* 6:20-cv-6984 (W. NY)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Jonathan E. Staehr<br>2805 Wehrle Drive #18<br>Williamsville NY  14221<br>(716) 631-7250<br>jstaehr@roadrunner.com | Stuart Henry<br>Golden Knight Inn & Suites<br>4461 NY-14<br>Rock Stream NY  14878<br><br>Carol Henry<br>Golden Knight Inn & Suites<br>4461 NY-14<br>Rock Stream NY  14878 |

*Deborah Laufer v. Rajul Corporation*, 1:20-cv-2025 (M.Pa.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| John F. Ward, Esq.<br>329 S. Devon Ave.<br>Wayne, PA  19087<br>(610) 952-0219<br>Email: johnfward@gmail.com | Rajul Corporation<br>Rodeway Inn Shippensburg<br>10 Hershey Road<br>Shippensburg PA  17257 |

*Deborah Laufer v. Vishva Corporation*, 4:20-cv-2026 (M.Pa.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| John F. Ward, Esq.<br>329 S. Devon Ave.<br>Wayne, PA  19087<br>(610) 952-0219<br>Email: johnfward@gmail.com | Alisa N. Carr<br>Leech Tishman Fuscaldo & Lampl LLC<br>525 William Penn Place, 30th Floor<br>Pittsburgh, PA  15219<br>412-261-1600<br>acarr@leechtishman.com |

*Deborah Laufer v. George and Edward Lavalle*, 1:20-cv-00321 (W.Pa.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | George and Edward Lavalle.<br>Royal Inn<br>17089 Boot Jack Road, Rt 219<br>Ridgway  PA  15853 |

*Deborah Laufer v. Omshiva Hospitality LLC*, 2:20-cv-01731 (W.Pa.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Omshiva Hospitality LLC<br>The Inn at Mountain View<br>300 Scenery Lane<br>Greensburg PA  15601 |

Respectfully submitted,

HOTELS AND STUFF INC.

*/s/ J. Allen Roth, Esq.*
J. Allen Roth, Esq.
757 Lloyd Avenue #B
Latrobe PA  15650
(724) 537-0939  Telephone
lawmatters@yahoo.com

COUNSEL FOR MOVANT