BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  HOTEL BOOKING ACCESS FOR                MDL DOCKET NUMBER:  2978
        INDIVIDUALS WITH DISABILITIES

**SCHEDULE OF RELATED ACTIONS**

|    | Plaintiffs | Defendants | District | Case No. | Judge |
|----|------------|------------|----------|----------|-------|
| 1  | Deborah Laufer | Mahakali Inc. | Southern Illinois | 3:20-cv-01163 | Staci M. Yandle |
| 2  | Deborah Laufer | Jai Shiv Shakti Inc. | Southern Illinois | 3:20-cv-01164 | David W. Dugan |
| 3  | Deborah Laufer | BWI Hotel Holding II LLC | Maryland | 1:20-cv-03250 | Stephanie A. Gallagher |
| 4  | Deborah Laufer | Akshar Corporation | Maryland | 1:20-cv-3251 | Stephanie A. Gallagher |
| 5  | Deborah Laufer | VASU Inc. | Maryland | 1:20-cv-03264 | Stephanie A. Gallagher |
| 6  | Deborah Laufer | Patel Hiteshbhai | Maryland | 1:20-cv-3265 | Stephanie A. Gallagher |
| 7  | Deborah Laufer and Saim Sarwar | Katha Inc. | Western New York | 6:20-cv-06978 | Lawrence J. Vilardo |
| 8  | Saim Sarwar | Stuart Henry and Carol Henry | Western New York | 6:20-cv-06984 | Elizabeth A. Wolford |
| 9  | Deborah Laufer | Rajul Corporation | Middle Pennsylvania | 1:20-cv-02025 | Christopher C. Conner |
| 10 | Deborah Laufer | Vishva Corporation | Middle Pennsylvania | 4:20-cv-02026 | Matthew W. Brann |
| 11 | Deborah Laufer | Georgia and Edward Lavalle | Western Pennsylvania | 1:20-cv-00321 | Susan Paradise Baxter |
| 12 | Deborah Laufer | Omshiva Hospitality LLC | Western Pennsylvania | 2:20-cv-01731 | William Stickman |

Respectfully submitted,

HOTELS AND STUFF INC.

*/s/ J. Allen Roth, Esq.*
J. Allen Roth, Esq.
757 Lloyd Avenue #B
Latrobe PA  15650
(724) 537-0939
lawmatters@yahoo.com

Attorney for Defendant Hotels and Stuff