BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  HOTEL BOOKING ACCESS FOR               MDL DOCKET NUMBER:  2978
        INDIVIDUALS WITH DISABILITIES

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the Notice of Related Actions and Schedule of Actions, Certificate of Service, along with the Motion to Transfer and Brief in Support were served by Email or First Class Mail on November 24, 2020, to the following:

Clerks of Court served by First Class Mail:

Clerk of Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL  62201

Clerk of Court
District of Maryland
101 West Lombard Street
Baltimore, MD  21201

Clerk of Court
Western District of New York
2 Niagara Square
Buffalo, NY  14202

Clerk of Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg PA  17101

Clerk of Court
Western District of Pennsylvania
700 Grant Street
Pittsburgh PA  15219

Parties:

*Deborah Laufer v. Mahakali Inc.*, 3:20-cv-01163 (S. Ill.)

**Counsel for Plaintiff served by email:**           **Unrepresented served via First Class Mail:**

| Kimberly A. Corkill | Mahakali Inc. |
| 7 N Coyle Street | Relax Inn Marshall |
| Pensacola FL  32502 | 107 E Trefz Dr |
| (850) 375-3475 | Marshall IL  62441 |
| kimberlyatlaw@gmail.com | |

*Deborah Laufer v. Jai Shiv Shakti Inc.*, 3:20-cv-01164 (S. Ill.)

**Counsel for Plaintiff served by email:**     **Unrepresented served via First Class Mail:**

Kimberly A. Corkill
7 N Coyle Street
Pensacola FL  32502
(850) 375-3475
kimberlyatlaw@gmail.com

Jai Shiv Shakti Inc.
Benton Gray Plaza Motel
706 W Main St
Benton IL  62812

*Deborah Laufer v.* BWI Hotel Holding II LLC, 1:20-cv-03250 (Md.)

**Counsel for Plaintiff served by email:**     **Unrepresented served via First Class Mail:**

Tristan Wade Gillespie
5150 Cottage Farm Rd.
Johns Creek, GA 30022
(404) 276-7277
Email: gillespie.tristan@gmail.com

BWI Hotel Holding II LLC
Sleep Inn & Suites BWI Airport
6055 Belle Grove Road
Baltimore MD  21225

*Deborah Laufer v.* Akshar Corporation*,* 1:20-cv-3251 (Md.)

**Counsel for Plaintiff served by email:**     **Unrepresented served via First Class Mail:**

Tristan Wade Gillespie
5150 Cottage Farm Rd.
Johns Creek, GA 30022
(404) 276-7277
Email: gillespie.tristan@gmail.com

Akshar Corporation
Regal Inn & Suites
8005 Pulaski Hwy
Rosedale MD  21237


*Deborah Laufer v. VASU Inc.*, 1:20-cv-03264 (Md.)

**Counsel for Plaintiff served by email:**     **Unrepresented served via First Class Mail:**

Tristan Wade Gillespie
5150 Cottage Farm Rd.
Johns Creek, GA 30022
(404) 276-7277
Email: gillespie.tristan@gmail.com

VASU Inc.
Econo Lodge
10936 Market Lane US 13
Princess Anne, MD  21853


*Deborah Laufer v. Patel Hiteshbhai*, 1:20-cv-03265 (Md.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Tristan Wade Gillespie<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>(404) 276-7277<br>Email: gillespie.tristan@gmail.com | Patel Hiteshbhai<br>Somerset Cove Motel<br>700 Norris Harbor Drive<br>Crisfield MD  21817 |

*Deborah Laufer v. Katha Inc.*, 6:20-cv-6978 (W. NY)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Jonathan E. Staehr<br>2805 Wehrle Drive #18<br>Williamsville NY  14221<br>(716) 631-7250<br>jstaehr@roadrunner.com | Katha Inc.<br>Budget Inn<br>11385 LPGA Drive<br>Corning NY  14830 |

*Deborah Laufer v. Stuart Henry and Carol Henry,* 6:20-cv-6984 (W. NY)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| Jonathan E. Staehr<br>2805 Wehrle Drive #18<br>Williamsville NY  14221<br>(716) 631-7250<br>jstaehr@roadrunner.com | Stuart Henry<br>Golden Knight Inn & Suites<br>4461 NY-14<br>Rock Stream NY  14878<br><br>Carol Henry<br>Golden Knight Inn & Suites<br>4461 NY-14<br>Rock Stream NY  14878 |

*Deborah Laufer v. Rajul Corporation*, 1:20-cv-2025 (M.Pa.)

| **Counsel for Plaintiff served by email:** | **Unrepresented served via First Class Mail:** |
|---|---|
| John F. Ward, Esq.<br>329 S. Devon Ave.<br>Wayne, PA  19087 | Rajul Corporation<br>Rodeway Inn Shippensburg<br>10 Hershey Road |

(610) 952-0219  
Email: johnfward@gmail.com

Shippensburg PA  17257

*Deborah Laufer v. Vishva Corporation*, 4:20-cv-2026 (M.Pa.)

**Counsel for Plaintiff served by email:**

John F. Ward, Esq.  
329 S. Devon Ave.  
Wayne, PA  19087  
(610) 952-0219  
Email: johnfward@gmail.com

**Unrepresented served via First Class Mail:**

Alisa N. Carr  
Leech Tishman Fuscaldo & Lampl LLC  
525 William Penn Place, 30th Floor  
Pittsburgh, PA  15219  
412-261-1600  
acarr@leechtishman.com

*Deborah Laufer v. George and Edward Lavalle*, 1:20-cv-00321 (W.Pa.)

**Counsel for Plaintiff served by email:**

Tristan Wade Gillespie  
5150 Cottage Farm Rd.  
Johns Creek, GA 30022  
(404) 276-7277  
Email: gillespie.tristan@gmail.com

**Unrepresented served via First Class Mail:**

George and Edward Lavalle.  
Royal Inn  
17089 Boot Jack Road, Rt 219  
Ridgway  PA  15853

*Deborah Laufer v. Omshiva Hospitality LLC*, 2:20-cv-01731 (W.Pa.)

**Counsel for Plaintiff served by email:**

Tristan Wade Gillespie  
5150 Cottage Farm Rd.  
Johns Creek, GA 30022  
(404) 276-7277  
Email: gillespie.tristan@gmail.com

**Unrepresented served via First Class Mail:**

Omshiva Hospitality LLC  
The Inn at Mountain View  
300 Scenery Lane  
Greensburg PA  15601


Respectfully submitted,

HOTELS AND STUFF INC.

*/s/ J. Allen Roth, Esq.*  
J. Allen Roth, Esq.  
757 Lloyd Avenue #B  
Latrobe PA  15650  
(724) 537-0939  Telephone  
lawmatters@yahoo.com

COUNSEL FOR MOVANT