BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: HOTEL BOOKING ADA LITIGATION        MDL No. 2978

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**

Plaintiffs, Saim Sarwar, Janis Shumway and Deborah Laufer, by and through undersigned counsel, hereby withdraw their Motion For Sanctions Pursuant To Fed. R. Civ. P. 11, as it appears that a party identified as Emily Kornstein was inadvertently included in the docket entry. The undersigned counsel does NOT represent Emily Kornstein.

The above referenced motion will be re-filed.

Respectfully submitted,

By: /s/ Thomas B. Bacon
Thomas B. Bacon, P.A.
644 N. McDonald Street
Mt. Dora, FL 32757
tbb@thomasbaconlaw.com
954-478-7811

*Proof of Service*

I hereby certify that the foregoing was served on John Allen Roth by email and United States First Class Mail this 30th day of October, 2020.

By: /s/ Thomas B. Bacon

.