BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: HOTEL BOOKING ADA LITIGATIONS        MDL No. 2978

**PLAINTIFF'S RESPONSE TO HOTELS AND STUFF's SUPPLEMENTAL BRIEF**

Plaintiff, by and through undersigned counsel, hereby submits this Response to the Supplemental Brief filed by Hotels And Stuff, Inc. ("Hotels and Stuff").

Hotels and Stuff and its attorney, John Allen Roth, filed a non-sensical brief that amounts to nothing more than gibberish.

Attorney Roth indicates that he is representing Hotels and Stuff "pro bono", thus raising the question of whether Hotels and Stuff is even aware that Roth is continuing this action. Indeed, Roth's conduct in this matter is consistent with the misconduct for which the Pennsylvania Bar association disciplined him on multiple occasions - namely acting without authority.

The fact remains that Hotels and Stuff is not a defendant and not a party. Nevertheless, attorney Roth continues to file in this and other actions by adding cases from other jurisdictions.

Moreover, it is clear that Roth never conferred with any attorney representing any defendant in any of those cases, a brazen violation of the local rules of every jurisdiction in which he files this action. To date, none of the many defendants have joined Mr. Roth or Hotels and Stuff in their motions.

In short, Mr. Roth is a pure nuisance and must be sanctioned.

Respectfully submitted,

By: /s/ Thomas B. Bacon
Thomas B. Bacon, P.A.
644 N. McDonald Street
Mt. Dora, FL 32757
tbb@thomasbaconlaw.com
954-478-7811