# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Related Actions from JPML

**Date Received:** 12/22/20

**JPML has been notified of the attached actions for inclusion in this MDL**

**Number of Actions: 24**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL