UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: HOTEL BOOKING ACCESS FOR INDIVIDUALS WITH DISABILITIES LITIGATION | MDL No. 2978 |

NOTICE OF MAJOR DEFICIENCY

The following deficiency is considered MAJOR:

    Pleading No. 70 is out of time. Briefing in this matter closed on November 18, 2020. (*See* Doc. No. 34)

*See* Panel Rule 6.3.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel